Query    Reports    Utilities    Help    What's New    Log Out

# United States District Court
# Western District of Michigan (Northern Division (2))
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-00019-PLM-1

Case title: USA v. Hepner                                  Date Filed: 09/10/2019

Assigned to: District Judge Paul L. Maloney

**defendant (1)**

**Ralph Fletcher Hepner, Jr.**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2241(c), 18:2246(2)(C), 18:1151, 18:1152 SEX WITH PERSON LESS THAN 12 YEARS OLD; aggravated sexual abuse of a child under twelve years<br>(1) | |
| 18:2241(a)(1), 18:2246(2)(C), 18:1151, 18:1152 AGGRAVATED SEXUAL ABUSE; aggravated sexual abuse by force or threat<br>(2) | |
| 18:2244(a)(5), 18:2244(c), 18:2241(c), 18:2246(3), 18:1151, 18:1152 ABUSIVE SEXUAL CONTACT WITHOUT PERMISSION; abusive sexual contact with a child under twelve years<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**          **Disposition**

None

**Plaintiff**

**USA**         represented by   **Hannah N. Bobee**
                                 U.S. Attorney (Marquette)
                                 Huntington Bank Building, 2nd Fl.
                                 1930 US 41 W
                                 Marquette, MI 49855
                                 (906) 226-2500
                                 Fax: 906-226-3700
                                 Email: hannah.bobee@usdoj.gov
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*
                                 *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2019 | 1 | INDICTMENT as to Ralph Fletcher Hepner, Jr (slk) (Entered: 09/10/2019) |
| 09/10/2019 | 2 | PENALTY SHEET re Indictment 1 as to Ralph Fletcher Hepner, Jr (Bobee, Hannah) (Entered: 09/10/2019) |