UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH FLETCHER HEPNER, JR.,

                                      **INDICTMENT**

    Defendant.
                                /

The Grand Jury charges:

### COUNT 1
(Aggravated Sexual Abuse of a Child Under Twelve Years)

Between on or about January 1, 2018, and February 16, 2018, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan,

**RALPH FLETCHER HEPNER, JR.,**

the defendant, a non-Indian, did knowingly engage in a sexual act with A.L.P., an Indian female, who had not yet attained the age of twelve years; that is, the defendant used his finger to penetrate her genital opening with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

**18 U.S.C. § 2241(c)**
**18 U.S.C. § 2246(2)(C)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1152**

## COUNT 2
(Aggravated Sexual Abuse by Force or Threat)

Between on or about January 1, 2018, and February 16, 2018, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan,

**RALPH FLETCHER HEPNER, JR.,**

the defendant, a non-Indian, knowingly caused or attempted to cause another person to engage in a sexual act by using force against that person, that is, the defendant caused or attempted to penetrate A.L.P.'s genital opening with his finger, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

**18 U.S.C. § 2241(a)(1)**
**18 U.S.C. § 2246(2)(C)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1152**

## COUNT 3
(Abusive Sexual Contact With a Child Under Twelve Years)

Between on or about January 1, 2018, and February 16, 2018, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan,

**RALPH FLETCHER HEPNER, JR.,**

the defendant, a non-Indian, did knowingly engage in and intentionally cause sexual contact with another person, specifically, the intentional touching of the genitalia of A.L.P., an Indian female, who had not yet attained the age of twelve years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

**18 U.S.C. § 2244(a)(5)**
**18 U.S.C. § 2244(c)**
**18 U.S.C. § 2241(c)**
**18 U.S.C. § 2246(3)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1152**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
HANNAH N. BOBEE
Assistant United States Attorney

3